Billy Roy TYLER, Appellant,

v.

George GREEN, legal counsel 4 Nebraska Department of Correction (NDCS); Randy Crosby; Unknown Krantz, ?, Investigator 4 Nebraska State Patrol; Esther Casmer; Richard Gatto; Dennis Bakewell; Robert Houston; John Doe, Nebraska State Patrol Investigator, Appellees.

No. 07–3906.

United States Court of Appeals,
Eighth Circuit.

Submitted: April 28, 2009.

Filed: May 13, 2009.

Before WOLLMAN, MURPHY, and MELLOY, Circuit Judges.

PER CURIAM.

Billy Roy Tyler appeals after the district court [1] dismissed his 42 U.S.C. § 1983 complaint under Federal Rule of Civil Procedure 12(b)(6) and 28 U.S.C. § 1915(e)(2)(B)(ii). Having carefully reviewed the record and considered Tyler's appellate arguments, we find no basis for reversal. See Levy v. Ohl, 477 F.3d 988,

---

1. The Honorable Jimm Larry Hendren, Chief Judge, United States District Court for the Western District of Arkansas.

1. The Honorable Laurie Smith Camp, United States District Judge for the District of Nebraska.

991 (8th Cir.2007) (appellate court reviews de novo district court's Rule 12(b)(6) dismissal, assuming as true all complaint allegations); *Moore v. Sims*, 200 F.3d 1170, 1171 (8th Cir.2000) (per curiam) (appellate court reviews de novo district court's § 1915(e)(2)(b) dismissal). Accordingly, we affirm. *See* 8th Cir. R. 47B.